AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jairo Juli HOLGUIN-Florentino YOB:1993 COB: DR<br>Cristian Johansel MIRAMBEAUX-Martinez YOB:1997 COB: DR<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   7:26-MJ-2188 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 4, 2026   in the county of   Hidalgo   in the
Southern   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii), 1324(a) (1)(A)(v)(i), and 1324 (a)(1)(B)(iii) | Conspiracy to transport aliens, in a manner in which places in jeopardy the life of any person. |

This criminal complaint is based on these facts:

See Attachment A

United States Courts
Southern District of Texas
FILED

*06/06/2026*

Nathan Ochsner, Clerk of Court

☒ Continued on the attached sheet.

Approved by AUSA  J. Garcia

/s/ Lino Alvarez
*Complainant's signature*

Lino Alvarez HSI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date:   6/6/26 @ 12:41 p.m.

*Judge's signature*

City and state:   McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

1. On June 4, 2026, at approximately 8:36 P.M, a tractor trailer approached the Falfurrias Border Patrol Checkpoint. During an immigration inspection, a United States Border Patrol (USBP) K9 alerted to the trailer. Agents directed the driver to secondary inspection, but the driver disregarded instructions and fled the checkpoint.

2. Agents followed and attempted to conduct a vehicle stop. The driver, subsequently identified as Jairo Juli HOLGUIN-FLORENTINO, failed to yield and continued northbound on Highway 281 before turning southbound toward Hidalgo County. Texas Department of Public Safety (DPS) Troopers responded to assist and successfully deployed a controlled tire deflation device. Despite now having deflated tires, the HOLGUIN-FLORENTINO continued driving south until the tractor caught fire in north Hidalgo County, Texas.

3. USBP Agents and DPS Troopers immediately removed HOLGUIN-FLORENTINO and the passenger, later identified as Cristian Johansel MIRAMBEAUX-MARTINEZ, from the burning vehicle and placed them under arrest.

4. Agents could hear screams and suspected people were trying to get out of the trailer. USBP Agents and TX DPS Troopers attempted to break the lock on the trailer door with no success. USBP Agents asked HOLGUIN-FLORENTINO where the key to the lock was. HOLGUIN-FLORENTINO informed agents that the key was in a cupholder in the Tractor. USBP Agents were able to find the key and used it to open the locked trailer and rescue 39 suspected illegal aliens before the tractor and trailer were engulfed in flames.

5. The thirty-nine (39) suspected illegal aliens were rescued from the burning tractor. All the aliens admitted that they were nationals of Brazil, Cuba, Ecuador, Dominican Republic, Guatemala, Honduras, Mexico, Peru, and Venezuela who had illegally entered the United States. The aliens did not possess any documents that would allow them to enter or remain in the United States legally. Immigration checks conducted by USBP Agents confirmed that the subjects were illegal aliens.

6. MIRAMBEAUX-MARTINEZ provided a post-Miranda statement.
   a. MIRAMBEAUX-MARTINEZ stated that he drove to HOLGUIN-FLORENTINO's home.
   b. He stated HOLGUIN-FLORENTINO then picked him up in a tractor trailer and they began their travel northbound with no additional stops.
   c. MIRAMBEAUX-MARTINEZ stated that when they arrived at the USBP Falfurrias checkpoint, they were referred to secondary for further inspection.
   d. HOLGUIN-FLORENTINO did not stop in secondary and failed to yield, which resulted in the arrest of both individuals.
   e. MIRAMBEAUX-MARTINEZ was shown a photo line-up and identified Jairo Juli HOLGUIN-FLORENTINO as the driver of the tractor trailer and his father-in-law.

7. Fany Rivera-Vindel provided a statement to law enforcement regarding the smuggling event.

   a. Rivera-Vindel stated that she is a Honduran National with no legal status to remain in the US, who illegally crossed the Rio Grande River on May 25, 2026, near Miguel Aleman, Mexico and was to be smuggled to Houston, Texas.

   b. Rivera-Vindel was to pay $18,000 USD in smuggling fees and had already paid $13,000 USD.

   c. Rivera-Vindel stated that she was picked up from a stash house in Roma, Texas, and then spent one week at a stash house in Edinburg, Texas before being loaded into a tractor trailer and being rescued from burning.

   d. Rivera-Vindel was presented with photo lineups of Jairo HOLGUIN-FLORENTINO and Cristian J. MIRAMBEAUX-MARTINEZ. Rivera-Vindel identified both individuals as the people who loaded her into the trailer.

8. Naty Leiva-Enamorado provided a statement to law enforcement regarding the smuggling event.

   a. Leiva-Enamorado stated he is a national and citizen of Honduras with no legal status to remain in the United States.

   b. Leiva-Enamorado stated he made an agreement to be smuggled to North Carolina for $11,000 USD Leiva-Enamorado stated he crossed the Rio Grande River through Matamoros, Tamaulipas, Mexico on May 27, 2026.

   c. Leiva-Enamorado stated he was taken to several stash houses and was loaded into a trailer with over thirty other people.

   d. Leiva-Enamorado stated three men instructed him to get into a trailer and to not make any noise. Leiva-Enamorado was shown a photo lineup and identified Cristian J. MIRAMBEAUX-MARTINEZ as the person who picked him up at the house and instructed him to get into the trailer.