**THE STATE OF TEXAS**

7:26-MJ-2188

**COUNTY OF HIDALGO**

BEFORE ME, the undersigned authority, on this day personally appeared **Lino Alvarez.,** known to me to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Special Agent** of the **U.S. Homeland Security Investigations,** assigned at **McAllen, Texas,** and that I investigated the case of the United States of America versus:

**Jairo Juli HOLGUIN-FLORENTINO**        YOB:1993   **DOMINICAN REPUBLICAN CITIZEN**
**Cristian Johansel MIRAMBEAUX-MARTINEZ**    YOB:1997   **DOMINICAN REPUBLICAN CITIZEN**

in case number_____; and from my investigation, it appears that:

**Naty LEIVA-ENAMORADO   YOB:1997        HONDURAN CITIZEN**
**Fany RIVERA-VINDEL     YOB:1981        HONDURAN CITIZEN**

is a material witnesses in said cause and that it may be impractical to secure their presence by subpoena and for that reason they should be held as a material witness.  Both witnesses identified the principal as the caretaker of the stash house.

    FURTHER AFFIANT SAYETH NOT.

/s/ Lino Alvarez

**Lino Alvarez, HSI Special Agent**

SUBSCRIBED AND SWORN TO BEFORE ME on this 6th **day of June 2026** @ 12:41 p.m

Hon. Juan F. Alanis
**U.S. Magistrate Judge**